# EXHIBIT B

# STATE OF SOUTH CAROLINA
# HUMAN AFFAIRS COMMISSION



**Marvin Caldwell, Jr.**
**Interim Commissioner**

1026 Sumter Street, Suite 101
Columbia, South Carolina 29201
(803) 737-7800    (803) 737-7835 Fax



www.schac.sc.gov
(800)-521-0725 In-State

Preeti Kohli
11 Tulip Court
Albertson, New York 11507

Re:    Preeti Kohli v. Medical University of South Carolina
       SCHAC # 1-23-78 R, S, NO, RET
       EEOC  # 436-2023-00550

Dear Ms. Kohli:

During the processing of your charge (SCHAC# 1-23-78 R,S,NO,RET; EEOC # 436-2023-00550) it was discovered that you filed a case in court containing issues that are essentially the same as those outlined in this charge, which was formalized on December 27, 2022. The case was filed in the Court of Common Pleas – Ninth Judicial District, County of Charleston C.A. NO.: 2023-CP-10 on 4/11/2023. Based on this, your charge filed with this office will be administratively closed pursuant to S.C. Code Ann. Regs. 65-2 (J) without any consideration of, or determination as to the merits of the allegations. The Respondent is being notified by a copy of this letter.

Sincerely,

*Sharon L Sellers*
Approving Authority

Date: *July 13, 2023*

Enclosure: Notice of Right to Sue

cc: Bob J. Conley
    Courtney Atkinson

*Our mission is to eliminate and prevent unlawful discrimination in employment, housing and public accommodations.*

# South Carolina Human Affairs Commission
1026 Sumter Street, Suite 101
Columbia, SC 29201

## Dismissal and Notice of Right to Sue

Name: Preeti Kohli
Address: 11 Tulip Court
City/State/Zip: Albertson, NY 11507

**Complainant**

SCHAC Complaint Number
1-23-78 R,S,NO,RET

EEOC Deferral As
436-2023-00550

vs.

Name: Medical University of South Carolina
Address: 171 Ashley Avenue
City/State/Zip: Charleston, SC 29425

**Respondent**

SCHAC Representative and Title:
Dave Smith, Investigator

Telephone No.: 803-737-7845

The Commission has dismissed your charge for the following reason(s):

[X] The Commission does not have jurisdiction to process your charge for the following reason:

- [ ] Untimely
- [X] Prior court proceeding
- [ ] No employee/ employer relationship
- [ ] Complainant failed to state claim
- [ ] Less than 15 employees
- [ ] Private membership/ nonprofit club
- [ ] Other:

- [ ] No cause: The Commission is unable to conclude, based upon the information obtained during its investigation, that there has been a violation of the Human Affairs Law, Section 1-13-10, et seq, of the SC Code of Laws of 1976, as amended.

- [ ] You failed to provide requested necessary information, failed or refused to appear or be available for necessary interviews/conferences, or otherwise refused to cooperate with the Commission. You have had at least 15 days in which to respond to our final written request.

- [ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to our last known address.

- [ ] The Respondent has made a written settlement offer which affords full relief for the harm you alleged. You have refused to accept the final relief offered and/or at least 30 days have expired since you received actual notice of this settlement offer.

This Notice of Right to Sue concludes the Commission's investigation of your charge. If you want to pursue the charge further, you MUST DO SO WITHIN ONE YEAR FROM THE ALLEGED VIOLATION OR WITHIN ONE HUNDRED TWENTY (120) DAYS FROM THE DATE OF ISSUANCE OF THIS NOTICE OF RIGHT TO SUE, WHICHEVER OCCURS EARLIER; OTHERWISE, YOUR RIGHT TO SUE UNDER THE HUMAN AFFAIRS LAW IS LOST.

THE PARTIES ARE HEREBY NOTIFIED THAT IF THEY WOULD LIKE TO REQUEST FILE CONTENTS FOR PURPOSES OF LITIGATION, THEN A REQUEST FOR COPIES REFLECTING A COURT DOCKET NUMBER SHOULD BE SUBMITTED TO THE AGENCY WITHIN THREE (3) YEARS OF THE DATE OF ISSUANCE OF THIS DETERMINATION. IN ACCORDANCE WITH THE RECORDS RETENTION SCHEDULE ESTABLISHED BY STATE ARCHIVES, THE FILE WILL BE DESTROYED THREE (3) YEARS AFTER THIS DATE.

The parties are reminded that state and federal laws prohibit retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the complaint.

You may contact the SCHAC representative named above if you have any questions. A copy of this NOTICE OF RIGHT TO SUE has been sent to the Respondent.

On Behalf of the Commission

July 13, 2023
Date of Issuance

Sharon L Sellers
Approving Authority