**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Preeti Kohli,<br><br>Plaintiff,<br>vs.<br><br>Medical University of South Carolina, Ernest Benjamin Clyburn, MD, individually and in his official capacity, and Ted A. Meyer, MD, individually and in his official capacity,<br><br>Defendants. | C.A. No.: 2:23-cv-02090-RMG-KDW<br><br><br><br>**INTERROGATORIES ON MEDIATION** |

1. Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?

**ANSWER:** No.

2. If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?

**ANSWER:** After key witnesses are deposed and documents exchanged.

3. Please provide the court with any additional information that would assist in setting a timeline for required mediation.

**ANSWER:** Parties believe, currently, this case will require engaging in some written and testimonial discovery before mediation.

[SIGNATURE PAGE FOLLOWS]

s/Bob J. Conley
Bob J. Conley (FID #6791)
CLEVELAND & CONLEY, LLC
One Seventy-One Church Street, Suite 310
Charleston, South Carolina 29401
Telephone: (843) 577-9626
bconley@clevelandlaborlaw.com

ATTORNEY FOR DEFENDANTS

s/Coutney C. Atkinson
Courtney C. Atkinson (FID #9339)
METCALFE & ATKINSON, LLC
1395 S. Church Street
Greenville, South Carolina 29605
Telephone: (864) 214-2319
catkinson@malawfirmsc.com

ATTORNEY FOR PLAINTIFF

Charleston, South Carolina
October 2, 2023