# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **PREETI KOHLI**, | ) | |
| Plaintiff, | ) | **Case No. 2:23-cv-2090-DCN-KDW** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MEDICAL UNIVERSITY OF SOUTH CAROLINA, ERNEST BENJAMIN CLYBURN, MD, individually and in his official capacity, and TED A. MEYER, MD, individually and in his official capacity,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

A Motion for Reconsideration, ECF No. 47, for Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Bhavleen Kaur Sabharwal who represents Preeti Kohli:

☒  Be **granted** admission *pro hac vice* in this case.

☐  Be **denied** admission *pro hac vice* in this case.

IT IS SO ORDERED.

July 7, 2025
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge